UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

No.: 07-CV-03877 (DSD/SRN)

| | |
|---|---|
| Sun Life Assurance Company of Canada,<br><br>       Plaintiff,<br>vs.<br><br>John R. Paulson, The Atticus Fund, LP, Coventry First, LLC, Erwin B. Johnson, LLP as Trustee of the Orca Finance Trust, Michael J. Antonello, and Thomas M. Petracek<br><br>       Defendants. | **PROTECTIVE ORDER** |

Based upon the parties' Stipulated Protective Order [Doc. No. 47], IT IS HEREBY ORDERED that the Court adopts the parties' Stipulation as its Protective Order in this case governing confidential information.

Dated: May 5, 2008    BY THE COURT:

              s/ Susan Richard Nelson
              The Honorable Susan R. Nelson
              Magistrate Judge of District Court

3794052v1