# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Sun Life Assurance Company of Canada,<br><br>        Plaintiff,<br><br>vs.<br><br>John R. Paulson, The Atticus Fund, LP, Coventry First, LLC, Erwin B. Johnson, LLP as Trustee of the Orca Finance Trust, Michael J. Antonello, and Thomas M. Petracek,<br><br>        Defendants. | Court File No. 07-CV-03877 (DSD/SRN)<br><br>**PLAINTIFF'S AMENDED MOTION TO COMPEL LINCOLN NATIONAL LIFE INSURANCE COMPANY TO COMPLY WITH A SUBPOENA <u>DUCES TECUM</u>** |

_____

     Plaintiff Sun Life Assurance Company of Canada will bring an Amended Motion to Compel Lincoln National Life Insurance Company to Comply with a Subpoena <u>Duces Tecum</u> served upon Lincoln National Life Insurance Company pursuant to Rule 45 of the Federal Rules of Civil Procedure. Plaintiff's motion is based upon the files and records contained herein, together with submittals and arguments of counsel.

    Dated: May 23, 2008                      **KRASS MONROE, P.A.**

                                                    <u>s/ Terrance J. Wagener</u>
                                                    Terrance J. Wagener
                                                    John Harper III
                                                    8000 Norman Center Drive, Suite 1000
                                                    Minneapolis, MN   55437-1178
                                                    Telephone:  (952) 885-5999
                                                    Fax:  (952) 885-5969
                                                    Attorneys for Plaintiff