**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____
_

Sun Life Assurance Company of Canada,

               Court File No. 07-CV-03877 (DSD/SRN)

          Plaintiff,

vs.

               **PLAINTIFF'S MOTION TO**
John R. Paulson, The Atticus Fund, LP,      **CERTIFY A QUESTION OF LAW**
Coventry First, LLC, Erwin B. Johnson,     **TO THE MINNESOTA**
LLP as Trustee of the Orca Finance       **SUPREME COURT**
Trust, Michael J. Antonello, and Thomas
M. Petracek,

          Defendants.

_____

      Plaintiff Sun Life Assurance Company of Canada ("Sun Life") brings this motion to certify the following question before the Minnesota Supreme Court:

      Does Minnesota law require evidence of an agreement between the insured/policy holder and an entity lacking an insurable interest at the time the life insurance policy is procured in order to establish that a policy is void <u>ab initio</u> for lack of an insurable interest?

Plaintiff's motion is based upon the files and records contained herein, together with submittals and arguments of counsel.

Dated:  October 3, 2008                    Respectfully submitted,

                                           **KRASS MONROE, P.A.**


                                           s/ Terrance J. Wagener
                                           Terrance J. Wagener
                                           John Harper III
                                           8000 Norman Center Drive, Suite 1000
                                           Minneapolis, MN   55437-1178
                                           Telephone:  (952) 885-5999
                                           Attorneys for Plaintiff


KM: 4811-5965-2610, V.  2